IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02064-RM-KLM

RENZER BELL,

    Plaintiff,

v.

SILL-TERHAR MOTORS, INC., and
JOHN A. TERHAR, JR., also known as Jack TerHar,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Motion** [#27] (the "Motion"), in which Plaintiff seeks leave to amend his Complaint [#1]. The Court finds that Plaintiff has complied with the requirements of Fed. R. Civ. P. 15(a) and D.C.COLO.LCivR 15.1. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. The Clerk of Court shall **REMOVE** the "Stricken" designation from the electronic docket for the Tendered Complaint [#24] and Tendered Complaint (non-lined version) [#25]. The Tendered Complaint (non-lined version) [#25] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants' Motion to Dismiss [#16] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative"). Defendants shall file an answer or other response to Plaintiff's Amended Complaint in accordance with the Federal Rules of Civil Procedure.

    Dated:  May 6, 2014